245-07/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Barbara G. Carnevale (BG 1651)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
STARFISH ENTERPRISES INC.,

                Plaintiff,

    -against-

SAMCHIRA FZE and SAMCHIRA DMCC and
GIRISH AGRAWAL, an individual,

                Defendants.
------------------------------------------------------------------x

JUDGE CHIN

07 CV 7339

**RULE 7.1 STATEMENT**

Plaintiff, STARFISH ENTERPRISES INC., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       August 16, 2007

                                      FREEHILL HOGAN & MAHAR, LLP
                                      Attorneys for Plaintiff STARFISH
                                      ENTERPRISES, INC.

                              By: _____
                                    Peter J. Gutowski (PG 2200)
                                    Barbara G. Carnevale (BG 1651)
                                    Pamela L. Schultz (PS 8675)
                                    80 Pine Street
                                    New York, NY 10005
                                    Telephone: (212) 425-1900
                                    Facsimile: (212) 425-1901

NYDOCS1/282710.1