UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
NOV 1 3 2007
S.D. OF N.Y.

| | |
|---|---|
| STARFISH ENTERPRISES INC., <br><br> Plaintiff, <br><br> -V- <br><br> SAMCHIRA FZE and SAMCHIRA DMCC and GIRISH AGRAWAL, an individual, <br><br> Defendant. | **CERTIFICATE OF MAILING** <br><br><br><br><br><br> 07 CV 7339 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 13th Day of November, 2007

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

### 16th Day of August, 2007

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

### 756 3253 434

*J. Michael McMahon*
CLERK

Dated: New York, NY

| | |
|---|---|
| REURUCR 760514858-1  WIT 300 | 4/15/02 |

**DHL WORLDWIDE EXPRESS** — Shipment Airwaybill
1-800-CALL-DHL (Non negotiable) in USA only
PPF
WEB ADDRESS: http://www.dhl.com

Quote this shipment number in an inquiry

**756 3253 434**

ORIGIN: WTC
DESTINAT:

### 1. From (Shipper)
- Account no.: 763514858
- Shipper's reference: 245-07 / PJG
- Company name: FREEHILL HOGAN & MAHAR
- Shipper's name: Pamela L. Schultz
- Address: 24TH FL, 80 PINE ST, NEW YORK NY
- Zip code (required): 100051702
- Phone/Fax/E-mail: (212) 425-1900

### 2. To (Recipient)
- Company name: SAMCHIRA DMCC
- Attention:
- Delivery address (DHL cannot deliver to a PO Box): 12th fl, MUSALLA TOWER, COMMERCIAL WING, KHALID BIN WALID ROAD, DUBAI UNITED ARAB EMIRATES

### 3. Shipment details
**Domestic Services**
- [ ] USA OVERNIGHT

**International Services**
- [✓] INT'L DOCUMENT EXPRESS
- [ ] WORLDWIDE PRIORITY EXPRESS
- [ ] WORLDFREIGHT
- [ ] WorldMail Services — 1st
- [ ] APM  [ ] 2nd  [ ] IPA  [ ] ISAL

**Special Services**
- [ ] SATURDAY DELIVERY
- [ ] POD
- [ ] OTHER

**Payment Options**
- [✓] Shipper's account
- [ ] Recipient  [ ] Third party
- Acct. No. ..........
- [ ] Cash / Check / Credit Card
- No. ..........
- Expires. ..... Type. .....

Shipment insurance US $ ..........

Full description of contents: Legal Documents

International non document shipments only
Declare value for customs (In US $):
Export License No./Symbol (if applicable):

Harmonized Sched. B No. (if applicable):
Type of export: [ ] Permanent  [ ] Temporary  [ ] Repair/Return

Shipper's EIN/SSN:

Destination duties/taxes: [ ] Recipient  [ ] Shipper  [ ] Other

### 4. Pcs/Weight/Size
- No. of pieces: 1
- Weight: XD
- Dimensions in inches

CODES | CHARGES
TOTAL
TRANSPORT COLLECT STICKER
PICKED UP BY

### 5. Shipper's authorization and signature
Signature (required): [signature]
Date: 11/13/07