UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT
FILED
NOV 13 2007
S.D. OF N.Y.

| | |
|---|---|
| STARFISH ENTERPRISES INC., <br><br> Plaintiff, <br><br> -V- <br><br> SAMCHIRA FZE and SAMCHIRA DMCC and GIRISH AGRAWAL, an individual, <br><br> Defendant. | **CERTIFICATE OF MAILING** <br><br><br><br><br> 07 CV 7339 (DC) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**13th Day of November, 2007**

I served the

Summons & Verified Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (C) (ii) filed and issued herein on the,

**16th Day of August, 2007**

by mailing via DHL Worldwide Express, pick up scheduled for 500 Pearl Street, New York, N.Y., a copy of each thereof, securely enclosed in a DHL Express Envelope with a prepaid international air bill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**756 3253 423**

*J. Michael McMahon*
CLERK

Dated: New York, NY

**DHL Shipment Airwaybill** (Non negotiable) PPF
REORDER 760514858-1   QTY 300
1-800-CALL-DHL
WEB ADDRESS: http://www.dhl.com  in USA only

**1 From (Shipper)**
Account no.: 760514858
Shipper's reference: 245-01/PG
Company name: FREEHILL HOGAN & MAHAR
Shipper's name: Pamela L. Schultz
Address: 24TH FL, 80 PINE ST
NEW YORK NY
Zip code (required): 10005-1702
Phone/Fax/E-mail: (212)425-1900

**2 To (Recipient)**
Company name: SAMCHIKA FZE
Attention:
Delivery address: 12d Fl, MUSALLA TOWER
COMMERCIAL WING
KHALID BIN WALID ROAD
DUBAI, UNITED ARAB EMIRATES
Zip/Postal code (required):
Phone/Fax/E-mail:

**5 Shipper's authorization and signature**
Signature (required): [signature]
Date: 11/13/07

**3 Shipment details**
756 3253 423

Payment Options not all options available to all countries
☐ Shipper's account
☐ Recipient
☐ Third party
☐ Cash / Check / Credit Card
Acct. No.
Shipment Insurance
US $

Full description of contents: Legal Documents

☐ Domestic Services
  ☐ USA OVERNIGHT
☐ International Services
  ☐ INT'L DOCUMENT EXPRESS
  ☐ WORLDWIDE PRIORITY EXPRESS
  ☐ WORLDFREIGHT
☐ WorldMail Services
  ☐ APM ☐ 2nd ☐ IPA ☐ 1st ☐ ISAL
☐ Special Services
  ☐ SATURDAY DELIVERY
  ☐ POD
☐ OTHER

International non document shipments only
Declare value for customs (in US $):
Export License No./Symbol (if applicable):
Harmonized Sched. B No. (if applicable):
Type of export: ☐ Permanent ☐ Temporary ☐ Repair/Return
Shipper's EIN/SSN:
Destination duties/taxes: ☐ Recipient ☐ Shipper ☐ Other

**4 Pcs/Weight/Size**
No. of pieces: 1
Weight: XD
Dimensions in inches
ORIGIN: NYC
DESTINATION: 
4/18/02

CODES | CHARGES | Services
Special services
Insurance
TOTAL
TRANSPORT COLLECT STICKER No.
Drop Box/Exp. Center
PICKED UP BY
Date / Time

Original (DHL Billing) Copy
DHL WORLDWIDE EXPRESS • PO BOX 2821, SAN FRANCISCO, CA 94126-2821

Complete sections 1-5.