UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT FILED NOV 1 3 2007 S.D. OF N.Y.

STARFISH ENTERPRISES INC.,
                Plaintiff,

-V-

SAMCHIRA FZE and SAMCHIRA DMCC and GIRISH AGRAWAL, an individual,
                Defendants.

**CERTIFICATE OF MAILING**

07 CV 7339 (DC)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**13th day of November, 2007**

I served the

Summons & Amended Complaint

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**16th day of August, 2007**

by mailing via Federal Express, in the Federal Express mail drop box located at 500 Pearl Street, NY, NY, a copy of each thereof, securely enclosed in a Federal Express envelope with a prepaid international airbill addressed to:

See attached for listing of Defendants

DHL Express International Waybill Tracking Number:

**756 325 3412**

*J. Michael McMahon*
CLERK

Dated: New York, NY

REORDER 760514858-1    QTY 300

**DHL WORLDWIDE EXPRESS**
Shipment Airway Bill
1-800-CALL-DHL (Non negotiable in USA only)    PPF
WEB ADDRESS: http://www.dhl.com

756 3253 412
Quote this shipment number in an inquiry

4/15/02    ORIGIN: WTC    DESTINAT:

### 1. From (Shipper)
Account no.: 760514858
Shipper's reference: 245-07/PJG
Company name: FREEHILL, HOGAN & MAHAR
Shipper's name: Pamela L. Schultz
Address: 24TH FL, 80 PINE ST, NEW YORK, NY
Zip code: 100051702
Phone: (212) 425-1900

### 2. To (Recipient)
Company name: GIRISH AGRAWAL
Delivery address: 12th FL, MUSALLA TOWER, COMMERCIAL TOWER, KHALID BIN WALID ROAD, DUBAI, UNITED ARAB EMIRATES

### 3. Shipment details
Domestic Services: USA OVERNIGHT
International Services: ☒ INT'L DOCUMENT EXPRESS
WORLDWIDE PRIORITY EXPRESS
WORLDFREIGHT
WorldMail Services: 1st, APM, 2nd, IPA, ISAL
Special Services: SATURDAY DELIVERY, POD, OTHER

Payment Options: Shipper's account, Recipient, Third party
Cash / Check / Credit Card

Full description of contents: Legal Documents

### 4. Pcs/Weight/Size
No. of pieces: 1
Weight: XD

### 5. Shipper's authorization and signature
Signature: [signed]
Date: 11/13/07