AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

**APPEARANCE**

Case Number: 07 Civ. 7339 (DC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Restricted apperance pursuant to Supplemental Admiralty Rule E(8)

SAMCHIRA Fze

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/12/2007 | *[signature]* |
| Date | Signature |
| | Patrick F. Lennon — PL 2162 |
| | Print Name — Bar Number |
| | 420 Lexington Ave., Suite 300 |
| | Address |
| | New York — NY — 10170 |
| | City — State — Zip Code |
| | (212) 490-6050 — (212) 490-6070 |
| | Phone Number — Fax Number |